**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.N. LBR 9004-1(b)**
Denise Carlon, Esq.
Brian C. Nicholas, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for MTGLQ, Investor, LP

In Re:

Thomas Green Jr.

                    Debtor

Case No: 17-22733 CMG

Chapter: 7

Judge: Christine M. Gravelle

**NOTICE OF APPEARANCE**

         Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of MTGLQ, Investor, LP.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

31 Kerlyn Court Elizabeth, NJ 07202

DOCUMENTS:

☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐  All documents and pleadings of any nature.
Date:08/17/2017

                              **/s/ Denise Carlon, Esquire**
                              Denise Carlon, Esquire
                              Brian C. Nicholas, Esquire
                              **KML Law Group, P.C.**
                              216 Haddon Avenue, Ste. 406
                              Westmont, NJ 08108
                              (609) 250-0700 (NJ)
                              (215) 627-1322 (PA)
                              FAX: (609) 385-2214
                              Attorney for Movant/Applicant

*new 8/1/15*