UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Fitzgerald & Associates, P.C.
Nicholas Fitzgerald, Esq. (NF6129)
649 Newark Avenue
Jersey City, NJ 07306
Phone (201) 533-1100
Fax (201) 533-1111
Counsel for the Debtor

In Re:

Thomas Green Jr.
    Debtor

Case No.: 17-22733
Chapter: 7
Adv. No.:
Hearing Date:
Judge: Gravelle

## CERTIFICATION OF SERVICE

1. I, __Deblyn Corbin__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Nicholas Fitzgerald, Esq.__, who represents __Debtor__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __August 23, 2017__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Order Respecting Amended Schedule D

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __8/23/17__

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| City of Irvington<br>Tax Collectors Office<br>1 Civic Square<br>Irvington, NJ 07111 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ditech<br>PO Box 6172<br>Rapid City, SD 57709 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New York Community Bank<br>102 Duffy Avenue<br>Hicksville, NY 11801 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ocwen<br>PO Box 24738<br>West Palm Beach, FL 33416 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Shellpoint Mortgage<br>PO Box 51850<br>Livonia, MI 48151 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Shellpoint Mortgage Servicing<br>55 Beattie Place, Suite 110<br>Greenville, SC 29601 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Bank Home Mortgage<br>4801 Frederica Street<br>Owensboro, KY 42301 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*