UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

THOMAS GREEN, JR.,

Case No.: 17-22733

Chapter: 7

Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

_____Bunce D. Atkinson_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Christine M. Gravelle_____ on ___September 26, 2017___ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___3___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 970 W 5th Street, Plainfield, NJ 07063 ($127,000.00)

Liens on property: Ocwen PO Box 24737, West Palm Beach, FL 33416 ($430,000.00)

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Bunce D. Atkinson, Esq.

Address: PO Box 8415, Red Bank, NJ 07701

Telephone No.: 732-530-5300

rev.8/1/15

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                                  Case No. 17-22733-CMG
Thomas Green, Jr.                                                       Chapter 7
       Debtor                      CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Aug 25, 2017
                              Form ID: pdf905             Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2017.
db             +Thomas Green, Jr.,    11 Frances Street,     Piscataway, NJ 08854-6015
cr             +Deutsche Bank National Trust Company,    Robertson Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,     Boca Raton,, FL 33487,     UNITED STATES 33487-2853
516895314      +American Express,    PO Box 297879,    Fort Lauderdale, FL 33329-7879
516895315      +American Loan Recovery Inc,    Romano & Romano,    439 South Broad Street,
                 Trenton, NJ 08611-1800
516895325     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: FIA Card Services,      PO Box 982236,     El Paso, TX 79998)
516895317      +Bureau of Housing Inspection,    PO Box 802,    101 South Broad Street,     Trenton, NJ 08608-2401
516895318     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank,      15000 Capital One Drive,     Richmond, VA 23238)
516895322     ++COMCAST,    676 ISLAND POND RD,    MANCHESTER NH 03109-4840
               (address filed with court: Comcast,     PO Box 196,    Newark, NJ 07101)
516895319      +Cathie Williams,    161 Fulton Street,    Elizabethport, NJ 07206-1722
516895320      +Cheron Holdings LLC,    Porzio Bromberg Newman PC,     100 Southgate Parkway,
                 Morristown, NJ 07960-6465
516895321      +Citibank,    PO Box 653095,    Dallas, TX 75265-3095
516949854      +City of Irvington,    1 Civic Square,    Irvington, NJ 07111-2499
516923616      +Deutsche Bank National Trust Company,,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Ste 100,     Boca Raton, FL 33487-2853
516895326       First Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
516895327      +Green Tree Servicing LLC,    Stern Lavinthal & Frankenberg LLC,     105 Eisenhower Parkway,
                 Roseland, NJ 07068-1640
516895328      +Hudson Law Offices PC,    Lauri A Hudson Esq,    900 Route 168, Suite C2,
                 Turnersville, NJ 08012-3206
516895330      +Marina District Development,    Craner Satkin & Scheer,     320 Park Avenue,
                 Scotch Plains, NJ 07076-1100
516895331      +Mercantile Adjustment Bureau,    165 Lawrence Bell Drive,     Suite 100,    Buffalo, NY 14221-7900
516895334      +New York Community Bank,    102 Duffy Avenue,    Hicksville, NY 11801-3630
516895335      +Ocwen,    PO Box 24738,    West Palm Beach, FL 33416-4738
516895342      +PSE&G,    Bankruptcy Department,    PO Box 14444,    New Brunswick, NJ 08906-4444
516895336      +Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
516895337      +Penn Credit,    PO Box 988,    Harrisburg, PA 17108-0988
516895338      +Penn Credit/First Energy JCPL,     Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
516895339      +Pennsylvania Power & Ligth,    Attn:Bankruptcy,    PO Bocx 25239,     Lehigh Valley, PA 18002-5239
516895340      +Porzio Bromberg Newman PC,    100 Southgate Parkway,     Morristown, NJ 07960-6465
516895341      +Pressler & Pressler,    Attorneys At Law,    7 Entin Road,    Parsippany, NJ 07054-5020
516895343      +Shellpoint Mortgage,    PO Box 51850,    Livonia, MI 48151-5850
516895344      +Shellpoint Mortgage Servicing,     55 Beattie Place, Suite 110,     Greenville, SC 29601-5115
516895345      +Slomin Security,    28 Kennedy Blvd,    East Brunswick, NJ 08816-1255
516895347      +State of New Jersey,    Department of Housing,    NJ DCA,    PO Box 802,    Trenton, NJ 08625-0802
516895348      +US Bank Home Mortgage,    4801 Frederica Street,     Owensboro, KY 42301-7441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 25 2017 23:20:55      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 25 2017 23:20:51      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516895316      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 25 2017 23:20:49      Asset Acceptance,
                 PO Box 2036,    Warren, MI 48090-2036
516895323      +E-mail/Text: mrdiscen@discover.com Aug 25 2017 23:20:27      Discover,    PO Box 71084,
                 Charlotte, NC 28272-1084
516895324      +E-mail/Text: bankruptcy.bnc@ditech.com Aug 25 2017 23:20:41      Ditech,    PO Box 6172,
                 Rapid City, SD 57709-6172
516895329      +E-mail/Text: bankruptcies@libertymutual.com Aug 25 2017 23:20:52      Liberty Mutual Insurace,
                 Liberty Mutual Corporation,    62 Maple Avenue,     Keene, NH 03431-1625
516895332      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 25 2017 23:20:50      Midland Funding,
                 8875 Aero Drive Suite 200,    San Diego, CA 92123-2255
516895333      +E-mail/PDF: bankruptcy@ncfsi.com Aug 25 2017 23:25:20      New Century Financial,
                 110 S. Jefferson Road,    Whippany, NJ 07981-1038
516895346      +E-mail/Text: bankruptcy@sw-credit.com Aug 25 2017 23:20:55      Southwest Credit,
                 4120 International Pkwy Ste 1100,     Carrollton, TX 75007-1958
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Deutsche Bank National Trust Company,    Robertson Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,     Boca Raton,, FL 33487,     UNITED STATES 33487-2853
517003190*     +Ocwen,    PO Box 24738,    West Palm Beach, FL 33416-4738
                                                                                         TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Aug 25, 2017
                              Form ID: pdf905          Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2017 at the address(es) listed below:

```
          Bunce  Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
           maraujo@atkinsondebartolo.org
          Bunce  Atkinson    bunceatkinson@aol.com,   NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
          Denise E. Carlon    on behalf of Creditor   MTGLQ Investors, L. P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Miriam  Rosenblatt    on behalf of Creditor   Deutsche Bank National Trust Company
           bkyecf@rasflaw.com,  mrosenblatt@rasflaw.com
          Nicholas  Fitzgerald    on behalf of Debtor Thomas  Green, Jr. nickfitz.law@gmail.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```