| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz & Schneid, PL**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number 561-241-6901<br>Attorneys For Secured Creditor<br><br>MIRIAM J. ROSENBLATT, Esq. (MR - 7505) | **Order Filed on August 30, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>CASE NO.: 17-22733-CMG |
| **In Re:**<br><br>**Thomas Green, Jr.**<br><br>        **Debtor.** | CHAPTER 7<br><br>HEARING DATE: August 29, 2017 at 10:00 am<br><br>JUDGE: Christine M. Gravelle |

## ORDER VACATING THE AUTOMATIC STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: August 30, 2017**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**

Debtors:   Thomas Green, Jr.
Case No.:  17-22733-CMG
Caption of Order:  **Order Vacating Automatic Stay**

---

Upon the motion of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2006-OPT1, MORTGAGE-PASS-THROUGH CERTIFICATES, SERIES 2006-OPT1, ("Secured Creditor") under Bankruptcy Code § 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay instituted by Bankruptcy Code § 362 is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the real property located at 930-32 W. 5th Street, Plainfield, NJ 07063.

It is further ORDERED that Secured Creditor may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, inducing, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.