| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br> UNITED STATES DEPARTMENT OF JUSTICE <br> OFFICE OF THE UNITED STATES TRUSTEE <br> ANDREW R. VARA <br> ACTING UNITED STATES TRUSTEE, REGION 3 <br> Michael A. Artis, Esquire <br> One Newark Center, Suite 2100 <br> Newark, NJ 07102 <br> Telephone: (973) 645-3014 <br> Fax: (973) 645-5993 <br> Email: Michael.A.Artis@usdoj.gov | **Order Filed on September 18, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In re: <br><br> Thomas Green, Jr., <br><br> Debtor. | Case No.: 17-22733 (CMG) <br><br> Chapter 7 <br><br> Hearing Date: <br><br> The Honorable Christine M. Gravelle |

**CONSENT ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. § 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727 TO NOVEMBER 17, 2017**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 18, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtor: Thomas Green, Jr.

Chapter 7 Case No.: 17-22733 (CMG)

**Consent Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. § 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727 to November 17, 2017**

_____

THIS MATTER having been consensually opened to the Court and agreed upon by and between Andrew R. Vara, Acting United States Trustee, by and through his counsel the Office of the United States Trustee (Michael A. Artis, Esquire appearing), and the law firm of Fitzgerald & Associates, counsel for the Debtor, (Nicholas Fitzgerald, Esquire, appearing), and for other good cause shown, it is hereby;

**ORDERED** that any motion by the Acting United States Trustee to dismiss the present Chapter 7 case under 11 U.S.C. § 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727 by the Acting United States Trustee and/or the Chapter 7 trustee must be filed on or before **November 17, 2017**; and it is further;

**ORDERED** that the Acting United States Trustee reserves his right to seek a further extension of the time to file a motion pursuant to 11 U.S.C. § 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727.

| | |
|---|---|
| The form and entry of the order is hereby acknowledged and agreed to: | Without Objection: |
| Nicholas Fitzgerald<br>Attorney for the Debtor | Andrew R. Vara<br>Acting United States Trustee, Region 3 |
| By: _/s/Nicholas Fitzgerald_<br>   Nicholas Fitzgerald<br>   Attorney for the Debtor | By: _/s/Michael A. Artis_<br>   Michael A. Artis<br>   Trial Attorney |