SHERMAN WELLS SYLVESTER & STAMELMAN LLP
Anthony J. Sylvester (asylvester@shermanwells.com)
Craig L. Steinfeld (csteinfeld@shermanwells.com)
210 Park Avenue, 2nd Floor
Florham Park, NJ 07932
(973) 302-9700

Attorneys for New York Community Bank

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 7 |
| THOMAS GREEN, JR. | Hon. Christine M. Gravelle, U.S.B.J. |
| Debtor. | Case No. 17-22733 (CMG) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF
PAPERS ON BEHALF OF NEW YORK COMMUNITY BANK**

**PLEASE TAKE NOTICE** that Sherman Wells Sylvester & Stamelman LLP hereby appears as counsel in the above-referenced bankruptcy case ("Bankruptcy Case") on behalf of New York Community Bank, and hereby requests, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Rules") and Section 1109(b) of chapter 11, of title 11 of the United States Code ("Bankruptcy Code"), that copies of all notices given or required to be given in the Bankruptcy Case and all papers served in the Bankruptcy Case be given to and served upon the following at the address, telephone number and electronic mail address listed:

SHERMAN WELLS SYLVESTER & STAMELMAN LLP
Anthony J. Sylvester, Esq. (asylvester@shermanwells.com)
Craig L. Steinfeld, Esq. (csteinfeld@shermanwells.com)
210 Park Avenue, 2nd Floor
Florham Park, New Jersey 07932
Telephone: (973) 302-9700
Facsimile:  (973) 845-2546

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, filed or made with regard to the referenced case and proceeding therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any rights, remedies and claims against the above-referenced debtor and any other entities either in the Bankruptcy Case or in any other action, or any objection which may be made to the jurisdiction of the Court and shall not be deemed or construed to be a waiver of any objection thereto.  All rights, remedies and claims are hereby expressly reserved.

Dated:   September 21, 2017
         Florham Park, New Jersey

                                                  SHERMAN WELLS SYLVESTER
                                                  & STAMELMAN LLP

                                                     /s/ Anthony J. Sylvester
                                                     ANTHONY J. SYLVESTER

4817-4258-2096, v. 1