| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Nicholas Fitzgerald, Esq.,/NF6129<br>Fitzgerald & Associates, P.C.<br>649 Newark Avenue<br>Jersey City, NJ 07306<br>(201) 533-1100<br>nickfitz.law@gmail.com<br>Attorney for Debtor | Case No.: | 17-22733 |
| | Chapter: | 7 |
| In Re:<br>Thomas Green Jr. | Adv. No.: | |
| | Hearing Date: | 11/14/2017 |
| | Judge: | Gravelle |

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Nicholas Fitzgerald, Esq.__, who represents __Thomas Green Jr.__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __October 20, 2017__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Motion to Obtain Order Removing Judgments as Liens Against the Debtor's Real Property Located at 54-56 Berwyn Street, Orange, New Jersey and at 58-60 Berwyn Street, Orange, New Jersey

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __October 20, 2017__

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bunce Atkinson<br>Atkinson & DeBartolo<br>2 Bridge Avenue<br>PO Box 8415<br>Bldg 2, 3rd Floor<br>Red Bank, NJ 07701 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Thomas Green<br>11 Frances Street<br>Piscataway, NJ 08854 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pressler & Pressler<br>Counsellors At Law<br>  Attn: CEO, Managing Attorney,<br>    Agent or Person Designated<br>    to Accept Service<br>7 Entin Road<br>Parsippany, NJ 07054 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Porzio Bromberg Newman PC<br>  Attn: CEO, Managing Attorney,<br>    Agent or Person Designated<br>    to Accept Service<br>100 Southgate Parkway<br>Morristown, NJ 07962 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Romano & Romano<br>  Attn: CEO, Managing Partner,<br>    Agent or Person Designated<br>    to Accept Service<br>573 Bloomfield Avenue<br>Verona, NJ 07044 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marina District Development<br>Craner Satkin & Scheer<br>    Attn: CEO, Managing Attorney,<br>        Agent or Person Designated<br>        to Accept Service<br>320 Park Avenue<br>PO Box 367<br>Scotch Plains, NJ 07076 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Discover<br>Pressler & Pressler<br>    Attn: CEO, Managing Attorney,<br>        Agent or Person Designated<br>        to Accept Service<br>7 Entin Road<br>Parsippany, NJ 07054 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cheron Holdings LLC<br>Porzio Bromberg Newman PC<br>Attn: CEO, Managing Partner/Attorney<br>        Agent or Person Designated to<br>        Accept Service<br>10 Southgate Parkway<br>Morristown, NJ 07962 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Express Centurion Bank<br>Pressler & Pressler<br>    Attn: CEO, Managign Attorney,<br>        Agent or Person Designated<br>        to Accept Service<br>7 Entin Road<br>Parsippany, NJ 07054 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Loan Recovery Inc<br>Roman & Romano<br>    Attn: CEO, Managing Attorney,<br>        Agent or Person Designated<br>        to Accept Service<br>573 Bloomfield Avenue<br>Verona, NJ 07044-1818 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| New Century Financial Services<br>Pressler & Pressler<br>   Attn: CEO, Managing Attorney,<br>      Agent or Person Designated<br>      to Accept Service<br>7 Entin Road<br>Parsippany, NJ 07054 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See attached crediors list | All Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

# Creditors

**American Express**  
PO Box 297879  
Fort Lauderdale, FL 33329

(516895314)  
(cr)

**American Loan Recovery Inc**  
Romano & Romano  
439 South Broad Street  
Trenton, NJ 08611

(516895315)  
(cr)

**Asset Acceptance**  
PO Box 2036  
Warren, MI 48090

(516895316)  
(cr)

**Bureau of Housing Inspection**  
PO Box 802  
101 South Broad Street  
Trenton, NJ 08625

(516895317)  
(cr)

**Capital One Bank**  
15000 Capital One Drive  
Richmond, VA 23238

(516895318)  
(cr)

**Cathie Williams**  
161 Fulton Street  
Elizabethport, NJ 07206

(516895319)  
(cr)

**Cheron Holdings LLC**  
Porzio Bromberg Newman PC  
100 Southgate Parkway  
Morristown, NJ 07962

(516895320)  
(cr)

**Citibank**  
PO Box 653095  
Dallas, TX 75265

(516895321)  
(cr)

**City of Irvington**  
1 Civic Square  
Irvington, NJ 07111

(516949854)  
(cr)

**Comcast**  
PO Box 196  
Newark, NJ 07101

(516895322)  
(cr)

**Deutsche Bank National Trust Company,**  
Robertson, Anschutz & Schneid, P.L.  
6409 Congress Avenue, Ste 100  
Boca Raton, FL 33487

(516923616)  
(ntcapr)

**Discover**  
PO Box 71084  
Charlotte, NC 28272  
(516895323)  
(cr)

**Ditech**  
PO Box 6172  
Rapid City, SD 57709  
(516895324)  
(cr)

**FIA Card Services**  
PO Box 982236  
El Paso, TX 79998  
(516895325)  
(cr)

**First Premier**  
601 S Minneapolis Ave  
Sioux Falls, SD 57104  
(516895326)  
(cr)

**Green Tree Servicing LLC**  
Stern Lavinthal & Frankenberg LLC  
105 Eisenhower Parkway  
Roseland, NJ 07068  
(516895327)  
(cr)

**Hudson Law Offices PC**  
Lauri A Hudson Esq  
900 Route 168, Suite C2  
Turnersville, NJ 08012  
(516895328)  
(cr)

**Liberty Mutual Insurace**  
Liberty Mutual Corporation  
62 Maple Avenue  
Keene, NH 03431  
(516895329)  
(cr)

**Marina District Development**  
Craner Satkin & Scheer  
320 Park Avenue  
Scotch Plains, NJ 07076  
(516895330)  
(cr)

**Mercantile Adjustment Bureau**  
165 Lawrence Bell Drive  
Suite 100  
Buffalo, NY 14221  
(516895331)  
(cr)

**Midland Funding**  
8875 Aero Drive Suite 200  
San Diego, CA 92123  
(516895332)  
(cr)

**New Century Financial**  
110 S. Jefferson Road  
Whippany, NJ 07981  
(516895333)  
(cr)

**New York Community Bank**  
102 Duffy Avenue  
Hicksville, NY 11801  
(516895334)  
(cr)

**Ocwen**  
PO Box 24738  
West Palm Beach, FL 33416  
(517003190)  
(cr)

**Ocwen**  
(516895335)

| | |
|---|---|
| PO Box 24738<br>West Palm Beach, FL 33416 | (cr) |
| **Penn Credit**<br>PO Box 988<br>Harrisburg, PA 17108 | (516895337)<br>(cr) |
| **Penn Credit**<br>916 S 14th St<br>Harrisburg, PA 17104 | (516895336)<br>(cr) |
| **Penn Credit/First Energy JCPL**<br>Attn:Bankruptcy<br>Po Box 988<br>Harrisburg, PA 17108 | (516895338)<br>(cr) |
| **Pennsylvania Power & Ligth**<br>Attn:Bankruptcy<br>PO Bocx 25239<br>Lehigh Valley, PA 18002 | (516895339)<br>(cr) |
| **Porzio Bromberg Newman PC**<br>100 Southgate Parkway<br>Morristown, NJ 07962 | (516895340)<br>(cr) |
| **Pressler & Pressler**<br>Attorneys At Law<br>7 Entin Road<br>Parsippany, NJ 07054 | (516895341)<br>(cr) |
| **PSE&G**<br>Bankruptcy Department<br>PO Box 14444<br>New Brunswick, NJ 08906 | (516895342)<br>(cr) |
| **Shellpoint Mortgage**<br>PO Box 51850<br>Livonia, MI 48151 | (516895343)<br>(cr) |
| **Shellpoint Mortgage Servicing**<br>55 Beattie Place, Suite 110<br>Greenville, SC 29601 | (516895344)<br>(cr) |
| **Slomin Security**<br>28 Kennedy Blvd<br>East Brunswick, NJ 08816 | (516895345)<br>(cr) |
| **Southwest Credit**<br>4120 International Pkwy Ste 1100<br>Carrollton, TX 75007 | (516895346)<br>(cr) |
| **State of New Jersey**<br>Department of Housing<br>NJ DCA<br>PO Box 802<br>Trenton, NJ 08625 | (516895347)<br>(cr) |
| **US Bank Home Mortgage** | (516895348) |

4801 Frederica Street
Owensboro, KY 42301

(cr)