Nicholas Fitzgerald Esq.
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY -- TRENTON
-----------------------------------X
                                            **Chapter 7**
In re:
                            Ret. Date: Nov. 14, 2017 @ 10:00 a.m.
    Thomas Green, Jr.        Case No. 17-22733-CMG
                             Date Case Filed: 6/21/17
-----------------------------------X

<u>DEBTOR'S SUPPLEMENTAL CERTIFICATION IN SUPPORT OF MOTION TO REMOVE JUDGMENT LIENS ON REAL PROPERTY LOCATED AT 56 BERWYN STREET, ORANGE, NEW JERSEY AND 58 BERWYN STREET, ORANGE NEW JERSEY</u>

I, Thomas Green, Jr., being of full age and being the above named debtor, certify under penalty of perjury that:

1. I make this supplemental certification at the request of my counsel in support of my motion to remove judgment liens on two properties located at 54-56 Berwyn Street and 56-58 Berwyn Street, Orange, New Jersey.

2. The reason for this supplemental certification is to provide a recent appraisal of the properties in the burned out condition and to provide statement as to what it would cost to demolish the properties.

3. The two properties located at 54-56 Berwyn Street and 56-58 Berwyn Street, Orange, New Jersey were burned in a fire which vastly diminishes the values.

4. An alternative to renovating the properties would be to

tear them down. Attached as exhibit A is an estimate from Pepe Construction showing the total cost to tear down both buildings would be $60,825.79.

5. Attached as Exhibit B is a written appraisal from Kislak showing the present market value of the two buildings to be $445,138 -- the present value is estimated to be $1,245,138 if the two buildings were in excellent condition and not fire damaged. Page 4 of the appraisal knocks off $800,000 as Kislak's estimated cost of repairing the properties you get $445,138 as the value of these two properties. I disagree with the Kislak statement that $800,000 would be enough to repair these buildings. My personal estimate is that if you renovated those properties it would cost about 1.2 million dollars or more.

6. Utilizing the Kislak statement that $800,000 would be needed to repair these two buildings, the value of both buildings is only $445,138 -- and far in excess of that value is owed on the mortgage as noted in my prior certification.

7. On the building located at 54-56 Berwyn Street, Orange, New Jersey, I owe a total of $565,688.14 on the first mortgage held by New York Community Bank. I had provided proof of the amount owed in my last certification.

8. On the building located at 56-60 Berwyn, Orange, New Jersey, I owe a total of $582,980.57 on the first mortgage held by New York Community Bank. I had provided proof of the amount owed in my last certification.

9. Moreover there are judgments against me which are liens on the real property. The main judgment against me is in the amount of 1,495,395.56 not including interest. That judgment was entered against me on January 31, 2011 under judgment number J-032241-2011 and it was entered against me in the case entitled Cheron Holding LLC vs. Thomas Green Jr., Superior Court of New Jersey, Essex County, Judgment Number J-032241-2011. I had provided proof of the amount owed in my last certification.

10. Accordingly, there just is no equity in these properties above what I now owe on the mortgages.

11. I wish to remove these judgment liens against the two pieces of real estate located at 54-56 and 58-60 Berwyn Street, Orange, New Jersey because it is my intention to either tear down these buildings or to rehabilitate these buildings and then to resolve the issue of the money owed to New York Community Bank on these properties. I will have no incentive to fix up these properties if they are subject to additional judgment liens. If my within motion is not granted, I have been advised that my best course of action would be not to renovate these properties but rather to abandon them becuase with the judgment liens the amount owed on these two properties is well in excess of the values of the properties -- the $1,495,395.56 judgment alone is more than the combined total value of both of these properties.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 6, 2017

_____
Thomas Green, Jr.
Debtor

Exhibit A -- Copy of Pepe Construction Demolition Quote

# Pepe Construction

9 Dodd Ter., East Orange NJ, 07017
Tel (201) 681-0187

## Demolition

Thomas Green
56 Berwyn St
Orange, NJ, 07050

### Exterior

Description

| | | |
|---|---|---|
| Building demolition | 8,211.75 SF@ 5.44= | 44,671.92 |
| Topsoil (per CY) | 76.00 CY   28.60= | 2,173.60 |

General

| | | |
|---|---|---|
| Temporary Toilet | 1 Mo @ | 190.04 |

### Exclusions

Any hazardous or contaminated material
Asbestos abatement
Lead paint abatement
Underground storage tanks
Permits
Utility disconnects and capping
Rodent control
Water wells
Septic systems
Temporary fence and permanent
Erosion controls

| | |
|---|---|
| Line Item Total | 47,035.56 |
| Overhead | 4,703.55 |
| Profit | 5,173.91 |
| Total Tax (Rep-Maint) | 3,912.77 |
| Total Cost | 60,825.79 |

Submitted by

*/s/ Jose Molina*
Jose Molina
Pepe Construction

Agreed and accepted by

_____

Exhibit B -- Copy of Kislak Appraisal

# 54-56 AND 58-60 BERWYN STREET
Orange, New Jersey

OFFERING MEMORANDUM

12 RESIDENTIAL UNITS



Presented by:

**JONI SWEETWOOD**
**SENIOR VICE PRESIDENT**
jsweetwood@kislakrealty.com
732 750 3000 ext 273
732 750 3040 fax

THE KISLAK COMPANY, INC.
1000 US Highway 9 North
Woodbridge, New Jersey 07095
www.kislakrealty.com



*Kislak*
*Since 1906*

# 54-56 AND 58-60 BERWYN STREET
Orange, New Jersey

OFFERING MEMORANDUM                                      DESCRIPTION OF THE PROPERTY

| | |
|---|---|
| **Property Address:** | 54-56 and 58-60 Berwyn Street |
| | Orange, New Jersey |
| **Property Description:** | The property consists of two, three-story vinyl-sided buildings. Each contains six units, 12 units in total. |
| **Property Location:** | The property is located in Orange, along the East Orange border. |
| **Unit Mix:** | |

| Unit Type | # of Units |
|---|---|
| Three Bedrooms | 12 |
| **Total** | **12** |

| | |
|---|---|
| **Utilities:** | Tenants pay for their own utilities, including individual gas heat. The owner pays for water, sewer and common area electric. |
| **Condition:** | The property is vacant and is boarded due to fire damage. Both buildings have been gutted to the studs. Roofs are gone. Exterior damage to rear and sides of both buildings. |
| **"As Is" Concluded Value:** | $450,000 |

All information contained herein has been supplied by sources deemed reliable. Accordingly, no warranty or representation, expressed or implied, is made as to the accuracy of the information contained herein, and same is submitted to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions imposed by our principals.

www.kislakrealty.com




# 54-56 AND 58-60 BERWYN STREET
Orange, New Jersey

**OFFERING MEMORANDUM**     **SALE COMPARABLES**

|  | Address | Price Per Unit |
|---|---|---|
| 2/27/2017 | 75 Carnegie | $34,903 |
| 2/16/2917 | 189-191 Elmwood | $31,425 |
| 2/17/2015 | 496 Park Avenue | $35,417 |
| 5/29/2015 | 491 William Street | $36,667 |
|  | **AVERAGE** | $34,603 |

|  |  |
|---|---|
| $34,603 x 12= | $415,236 |
| Adjustments for unit sizes (three bedrooms vs one and two bedrooms)= 50% | 207,618 |
| Adjustments for roofs and minimal capital improvements | (200,000) |
|  | **$422,854** |
|  |  |
| Sales Comp. Values | **$425,000** |



All information contained herein has been supplied by sources deemed reliable. Accordingly, no warranty or representation, expressed or implied, is made as to the accuracy of the information contained herein, and same is submitted to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions imposed by our principals.

www.kislakrealty.com

*Since 1906*

# 54-56 AND 58-60 BERWYN STREET
Orange, New Jersey

OFFERING MEMORANDUM                                         PRO-FORMA INCOME AND EXPENSE STATEMENT

**ANNUAL INCOME**

| | |
|---|---:|
| Current Rental Income | $186,948 |
| Vacancy @ 10% | (18,695) |
| **EFFECTIVE GROSS ANNUAL INCOME** | **$168,253** |

**LESS ANNUAL EXPENSES**

| | |
|---|---:|
| 2017 Real Estate Taxes | $38268 |
| Insurance (Actual) | 9,775 |
| Water and Sewer | 7,446 |
| Utilities | 4,500 |
| Extermination | 3,000 |
| **TOTAL FIXED EXPENSES** | **$61,283** |

**PAYROLL**

| | |
|---|---:|
| Super ($200/week) | $10,400 |
| **TOTAL PAYROLL** | **$10,400** |

| | |
|---|---:|
| **REPAIRS & MAINTENANCE ($350/unit)** | $4,200 |
| **REPLACEMENT RESERVES ($250/unit)** | 3,000 |
| **MANAGEMENT FEE (4%)** | 6,730 |
| **TOTAL VARIABLE EXPENSES** | **$13,930** |

| | |
|---|---:|
| **TOTAL EXPENSES** | **$85,613** |
| **NET OPERATING INCOME** | **$80,934** |
| **CAP RATE** | **6.5%** |
| **VALUE** | **$1,245,138** |
| **FIRE DAMAGE** | **($800,000)** |
| **INCOME APPROACH:** | **$445,138** |

All information contained herein has been supplied by sources deemed reliable. Accordingly, no warranty or representation, expressed or implied, is made as to the accuracy of the information contained herein, and same is submitted to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions imposed by our principals.

www.kislakrealty.com




Kislak
Since 1906

# 54-56 AND 58-60 BERWYN STREET
Orange, New Jersey

OFFERING MEMORANDUM　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RENT ROLL

| UNIT NUMBER | UNIT TYPE | MONTHLY RENT |
|---|---|---|
| **54-56 Berwyn Street** | | |
| 1 | Three Bedrooms | $1,243.00 |
| 2 | Three Bedrooms | $1,143.00 |
| 3 | Three Bedrooms | $1,200.00 |
| 4 | Three Bedrooms | $1,456.00 |
| 5 | Three Bedrooms | $1,574.00 |
| 6 | Three Bedrooms | $1,184.00 |
| **58-60 Berwyn Street** | | |
| 1 | Three Bedrooms | $1,150.00 |
| 2 | Three Bedrooms | $1,343.00 |
| 3 | Three Bedrooms | $1,191.00 |
| 4 | Three Bedrooms | $1,343.00 |
| 5 | Three Bedrooms | $1,352.00 |
| 6 | Five Bedrooms | $1,400.00 |
| **Monthly Total** | | $15,579.00 |
| **Annual Total** | | $186,948.00 |

All information contained herein has been supplied by sources deemed reliable. Accordingly, no warranty or representation, expressed or implied, is made as to the accuracy of the information contained herein, and same is submitted to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions imposed by our principals.

www.kislakrealty.com





Kislak — Since 1906

# 54-56 AND 58-60 BERWYN STREET
Orange, New Jersey

OFFERING MEMORANDUM                                    PROPERTY PHOTOGRAPHS



All information contained herein has been supplied by sources deemed reliable. Accordingly, no warranty or representation, expressed or implied, is made as to the accuracy of the information contained herein, and same is submitted to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions imposed by our principals.

www.kislakrealty.com





**Kislak**
Since 1906