| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Nicholas Fitzgerald, Esq./NF6129<br>Fitzgerald & Associates, P.C.<br>649 Newark Avenue<br>Jersey City, NJ 07306<br>(201) 533-1100<br>nickfitz.law@gmail.com<br>Attorney for Debtor | |
| In Re:<br><br>Thomas Green Jr. | Case No.: 17-22733<br>Chapter: 7<br>Adv. No.:<br>Hearing Date: 11/14/2017<br>Judge: CMG |

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Nicholas Fitzgerald, Esq.__, who represents __Thomas Green Jr.__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __November 6, 2017__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Debtor's Supplemental Certification in Support of Motion to Remove Judgment Liens on Real Property located at 56 Berwyn Street, Orange, NJ and 58 Berwyn Street, Orange, NJ

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __November 6, 2017__

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bunce Atkinson<br>Atkinson & DeBartolo<br>2 Bridge Avenue<br>PO Box 8415<br>Bldg 2, 3rd Floor<br>Red Bank, NJ 07701 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Thomas Green<br>11 Frances Street<br>Piscataway, NJ 08854 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pressler & Pressler<br>Counsellors At Law<br>   Attn: CEO, Managing Attorney,<br>       Agent or Person Designated<br>       to Accept Service<br>7 Entin Road<br>Parsippany, NJ 07054 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Porzio Bromberg Newman PC<br>   Attn: CEO, Managing Attorney,<br>       Agent or Person Designated<br>       to Accept Service<br>100 Southgate Parkway<br>Morristown, NJ 07962 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Romano & Romano<br>   Attn: CEO, Managing Partner,<br>       Agent or Person Designated<br>       to Accept Service<br>573 Bloomfield Avenue<br>Verona, NJ 07044 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marina District Development<br>Craner Satkin & Scheer<br>    Attn: CEO, Managing Attorney,<br>        Agent or Person Designated<br>        to Accept Service<br>320 Park Avenue<br>PO Box 367<br>Scotch Plains, NJ 07076 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Discover<br>Pressler & Pressler<br>    Attn: CEO, Managing Attorney,<br>        Agent or Person Designated<br>        to Accept Service<br>7 Entin Road<br>Parsippany, NJ 07054 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cheron Holdings LLC<br>Porzio Bromberg Newman PC<br>Attn: CEO, Managing Partner/Attorney<br>        Agent or Person Designated to<br>        Accept Service<br>10 Southgate Parkway<br>Morristown, NJ 07962 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Express Centurion Bank<br>Pressler & Pressler<br>    Attn: CEO, Managign Attorney,<br>        Agent or Person Designated<br>        to Accept Service<br>7 Entin Road<br>Parsippany, NJ 07054 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Loan Recovery Inc<br>Roman & Romano<br>    Attn: CEO, Managing Attorney,<br>        Agent or Person Designated<br>        to Accept Service<br>573 Bloomfield Avenue<br>Verona, NJ 07044-1818 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| New Century Financial Services<br>Pressler & Pressler<br>　Attn: CEO, Managing Attorney,<br>　　Agent or Person Designated<br>　　to Accept Service<br>7 Entin Road<br>Parsippany, NJ 07054 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See attached crediors list | All Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

# Creditors

American Express
PO Box 297879
Fort Lauderdale, FL 33329
(516895314)
(cr)

American Loan Recovery Inc
Romano & Romano
439 South Broad Street
Trenton, NJ 08611
(516895315)
(cr)

Asset Acceptance
PO Box 2036
Warren, MI 48090
(516895316)
(cr)

Bureau of Housing Inspection
PO Box 802
101 South Broad Street
Trenton, NJ 08625
(516895317)
(cr)

Capital One Bank
15000 Capital One Drive
Richmond, VA 23238
(516895318)
(cr)

Cathie Williams
161 Fulton Street
Elizabethport, NJ 07206
(516895319)
(cr)

Cheron Holdings LLC
Porzio Bromberg Newman PC
100 Southgate Parkway
Morristown, NJ 07962
(516895320)
(cr)

Citibank
PO Box 653095
Dallas, TX 75265
(516895321)
(cr)

City of Irvington
1 Civic Square
Irvington, NJ 07111
(516949854)
(cr)

Comcast
PO Box 196
Newark, NJ 07101
(516895322)
(cr)

Deutsche Bank National Trust Company,
Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Ste 100
Boca Raton, FL 33487
(516923616)
(ntcapr)

| | |
|---|---|
| Discover<br>PO Box 71084<br>Charlotte, NC 28272 | (516895323)<br>(cr) |
| Ditech<br>PO Box 6172<br>Rapid City, SD 57709 | (516895324)<br>(cr) |
| FIA Card Services<br>PO Box 982236<br>El Paso, TX 79998 | (516895325)<br>(cr) |
| First Premier<br>601 S Minneapolis Ave<br>Sioux Falls, SD 57104 | (516895326)<br>(cr) |
| Green Tree Servicing LLC<br>Stern Lavinthal & Frankenberg LLC<br>105 Eisenhower Parkway<br>Roseland, NJ 07068 | (516895327)<br>(cr) |
| Hudson Law Offices PC<br>Lauri A Hudson Esq<br>900 Route 168, Suite C2<br>Turnersville, NJ 08012 | (516895328)<br>(cr) |
| Liberty Mutual Insurace<br>Liberty Mutual Corporation<br>62 Maple Avenue<br>Keene, NH 03431 | (516895329)<br>(cr) |
| Marina District Development<br>Craner Satkin & Scheer<br>320 Park Avenue<br>Scotch Plains, NJ 07076 | (516895330)<br>(cr) |
| Mercantile Adjustment Bureau<br>165 Lawrence Bell Drive<br>Suite 100<br>Buffalo, NY 14221 | (516895331)<br>(cr) |
| Midland Funding<br>8875 Aero Drive Suite 200<br>San Diego, CA 92123 | (516895332)<br>(cr) |
| New Century Financial<br>110 S. Jefferson Road<br>Whippany, NJ 07981 | (516895333)<br>(cr) |
| New York Community Bank<br>102 Duffy Avenue<br>Hicksville, NY 11801 | (516895334)<br>(cr) |
| Ocwen<br>PO Box 24738<br>West Palm Beach, FL 33416 | (517003190)<br>(cr) |
| Ocwen | (516895335) |

| | |
|---|---|
| PO Box 24738<br>West Palm Beach, FL 33416 | (cr) |
| **Penn Credit**<br>PO Box 988<br>Harrisburg, PA 17108 | (516895337)<br>(cr) |
| **Penn Credit**<br>916 S 14th St<br>Harrisburg, PA 17104 | (516895336)<br>(cr) |
| **Penn Credit/First Energy JCPL**<br>Attn:Bankruptcy<br>Po Box 988<br>Harrisburg, PA 17108 | (516895338)<br>(cr) |
| **Pennsylvania Power & Ligth**<br>Attn:Bankruptcy<br>PO Bocx 25239<br>Lehigh Valley, PA 18002 | (516895339)<br>(cr) |
| **Porzio Bromberg Newman PC**<br>100 Southgate Parkway<br>Morristown, NJ 07962 | (516895340)<br>(cr) |
| **Pressler & Pressler**<br>Attorneys At Law<br>7 Entin Road<br>Parsippany, NJ 07054 | (516895341)<br>(cr) |
| **PSE&G**<br>Bankruptcy Department<br>PO Box 14444<br>New Brunswick, NJ 08906 | (516895342)<br>(cr) |
| **Shellpoint Mortgage**<br>PO Box 51850<br>Livonia, MI 48151 | (516895343)<br>(cr) |
| **Shellpoint Mortgage Servicing**<br>55 Beattie Place, Suite 110<br>Greenville, SC 29601 | (516895344)<br>(cr) |
| **Slomin Security**<br>28 Kennedy Blvd<br>East Brunswick, NJ 08816 | (516895345)<br>(cr) |
| **Southwest Credit**<br>4120 International Pkwy Ste 1100<br>Carrollton, TX 75007 | (516895346)<br>(cr) |
| **State of New Jersey**<br>Department of Housing<br>NJ DCA<br>PO Box 802<br>Trenton, NJ 08625 | (516895347)<br>(cr) |
| **US Bank Home Mortgage** | (516895348) |

4801 Frederica Street  
Owensboro, KY 42301

(cr)