UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Fitzgerald & Associates, P.C.
Nicholas Fitzgerald, Esq. (NF6129)
649 Newark Avenue
Jersey City, NJ 07306
Phone (201) 533-1100
Fax (201) 533-1111
Counsel for the Debtor

In Re:

Thomas Green Jr.
    Debtor

Case No.: 17-22733

Adv. Pro. No.: 

Chapter: 7

Hearing Date: 11/14/17

Judge: Gravelle

## ADJOURNMENT REQUEST

1. I, __Nicholas Fitzgerald, Esq.__,

   ☒ am the attorney for: _____,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion to Obtain Order Removing Judgments as Liens Against Real Property

   Current hearing date and time: 11/14/17 at 10:00 a.m.

   New date requested: December 19, 2017

   Reason for adjournment request: Further investigation needed by debtor's counsel.

2. Consent to adjournment:

   ☐ I have the consent of all parties.    ☒ I do not have the consent of all parties (explain below):

   No opposition filed

I certify under penalty of perjury that the foregoing is true.

Date: 11/13/17

Signature: _____

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date: 12/19/17 at 10:00 a.m.        ☒ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*