Nicholas Fitzgerald Esq.
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY -- TRENTON
-----------------------------------X
                                                    **Chapter 7**

In re:

    Thomas Green, Jr.                    Case No. 17-22733-CMG
                                                    Date Case Filed: 6/21/17
-----------------------------------X

        Statement Explaining Reason for Amendment

    I, Thomas Green, Jr., being of full age and being the above named debtor, certify under penalty of perjury that:

    The reason for the amendment to pages 1 to 7 of the debtor's voluntary petition is solely to correct an error on number 16 on page 6 wherein on the original petition box 16 a -- consumer debts -- was accidentally checked.  The debts in question are actually business debts as made clear on the correctly checked box 16 b.

    I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  October 18, 2017

                                                      _____
                                                      Thomas Green, Jr.
                                                      Debtor

                                                      _____
                                                      Nicholas Fitzgerald
                                                      Debtor's Counsel