UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Fitzgerald & Associates, P.C.
Nicholas Fitzgerald, Esq. (NF6129)
649 Newark Avenue
Jersey City, NJ 07306
Phone (201) 533-1100
Fax (201) 533-1111
Counsel for the Debtor

In Re:

Thomas Green, Jr.
   Debtor

| | |
|---|---|
| Case No.: | 17-22733 |
| Chapter: | 7 |
| Hearing Date: | 12/19/17 |
| Judge: | Gravelle |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: Motion to Remove Judgment Liens

Date: 12/6/2017

Signature

*rev.8/1/15*