| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Thomas Green Jr.** | Social Security number or ITIN    xxx–xx–8454 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ |
| | | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | **17–22733–CMG** | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Thomas Green Jr.

<u>2/16/18</u>

**By the court:** <u>Christine M. Gravelle</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-22733-CMG
Thomas Green, Jr.                                               Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Feb 16, 2018
                             Form ID: 318          Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2018.
```
db          +Thomas Green, Jr.,    11 Frances Street,    Piscataway, NJ 08854-6015
cr          +Deutsche Bank National Trust Company,    Robertson Anschutz & Schneid, P.L.,
             6409 Congress Ave., Suite 100,    Boca Raton, FL  33487,    UNITED STATES 33487-2853
517210530   +American Express,    Centurion Bank,    Pressler & Pressler,    7 Entin Road,
             Parsippany, NJ 07054-5020
517210531   +American Loan Recovery Inc,    Romano & Romano,    573 Bloomfield Avenue,    Verona, NJ 07044-1818
516895315   +American Loan Recovery Inc,    Romano & Romano,    439 South Broad Street,
             Trenton, NJ 08611-1800
516895317   +Bureau of Housing Inspection,    PO Box 802,    101 South Broad Street,    Trenton, NJ 08608-2401
516895322  ++COMCAST,    676 ISLAND POND RD,    MANCHESTER NH 03109-4840
             (address filed with court: Comcast,    PO Box 196,    Newark, NJ 07101)
516895319  #+Cathie Williams,    161 Fulton Street,    Elizabethport, NJ 07206-1722
517210532   +Cheron Holding LLC,    Porzio Bromberg,    Newman PC,    100 Southgate Parkway,
             Morristown, NJ 07960-6465
516895320   +Cheron Holdings LLC,    Porzio Bromberg Newman PC,    100 Southgate Parkway,
             Morristown, NJ 07960-6465
516949854   +City of Irvington,    1 Civic Square,    Irvington, NJ 07111-2499
516923616   +Deutsche Bank National Trust Company,,    Robertson, Anschutz & Schneid, P.L.,
             6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
516895326    First Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
516895327   +Green Tree Servicing LLC,    Stern Lavinthal & Frankenberg LLC,    105 Eisenhower Parkway,
             Roseland, NJ 07068-1640
516895328   +Hudson Law Offices PC,    Lauri A Hudson Esq,    900 Route 168, Suite C2,
             Turnersville, NJ 08012-3206
516895330   +Marina District Development,    Craner Satkin & Scheer,    320 Park Avenue,
             Scotch Plains, NJ 07076-1100
516895331   +Mercantile Adjustment Bureau,    165 Lawrence Bell Drive,    Suite 100,    Buffalo, NY 14221-7900
516895334   +New York Community Bank,    102 Duffy Avenue,    Hicksville, NY 11801-3630
516895335   +Ocwen,    PO Box 24738,    West Palm Beach, FL 33416-4738
516895342   +PSE&G,    Bankruptcy Department,    PO Box 14444,    New Brunswick, NJ 08906-4444
516895336   +Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
516895337   +Penn Credit,    PO Box 988,    Harrisburg, PA 17108-0988
516895338   +Penn Credit/First Energy JCPL,    Attn:Bankruptcy,    PO Box 988,    Harrisburg, PA 17108-0988
516895339   +Pennsylvania Power & Ligth,    Attn:Bankruptcy,    PO Bocx 25239,    Lehigh Valley, PA 18002-5239
516895340   +Porzio Bromberg Newman PC,    100 Southgate Parkway,    Morristown, NJ 07960-6465
516895341   +Pressler & Pressler,    Attorneys At Law,    7 Entin Road,    Parsippany, NJ 07054-5020
516895343   +Shellpoint Mortgage,    PO Box 51850,    Livonia, MI 48151-5850
516895344   +Shellpoint Mortgage Servicing,    55 Beattie Place, Suite 110,    Greenville, SC 29601-5115
516895345   +Slomin Security,    28 Kennedy Blvd,    East Brunswick, NJ 08816-1255
516895347   +State of New Jersey,    Department of Housing,    NJ DCA,    PO Box 802,    Trenton, NJ 08625-0802
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 16 2018 23:35:02    U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 16 2018 23:34:59    United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
516895314   +EDI: AMEREXPR.COM Feb 16 2018 23:13:00    American Express,    PO Box 297879,
             Fort Lauderdale, FL 33329-7879
516895316   +EDI: ACCE.COM Feb 16 2018 23:13:00    Asset Acceptance,    PO Box 2036,    Warren, MI 48090-2036
516895325    EDI: BANKAMER.COM Feb 16 2018 23:13:00    FIA Card Services,    PO Box 982236,
             El Paso, TX 79998
516895318    EDI: CAPITALONE.COM Feb 16 2018 23:13:00    Capital One Bank,    15000 Capital One Drive,
             Richmond, VA 23238
516895321   +EDI: CITICORP.COM Feb 16 2018 23:13:00    Citibank,    PO Box 653095,    Dallas, TX 75265-3095
516895323   +EDI: DISCOVER.COM Feb 16 2018 23:13:00    Discover,    PO Box 71084,    Charlotte, NC 28272-1084
516895324   +E-mail/Text: bankruptcy.bnc@ditech.com Feb 16 2018 23:34:49    Ditech,    PO Box 6172,
             Rapid City, SD 57709-6172
516895329   +E-mail/Text: bankruptcies@libertymutual.com Feb 16 2018 23:35:00    Liberty Mutual Insurace,
             Liberty Mutual Corporation,    62 Maple Avenue,    Keene, NH 03431-1625
516895332   +EDI: MID8.COM Feb 16 2018 23:13:00    Midland Funding,    8875 Aero Drive Suite 200,
             San Diego, CA 92123-2255
516895333   +E-mail/PDF: bankruptcy@ncfsi.com Feb 16 2018 23:31:51    New Century Financial,
             110 S. Jefferson Road,    Whippany, NJ 07981-1038
516895346   +EDI: SWCR.COM Feb 16 2018 23:13:00    Southwest Credit,    4120 International Pkwy Ste 1100,
             Carrollton, TX 75007-1958
516895348   +EDI: USBANKARS.COM Feb 16 2018 23:13:00    US Bank Home Mortgage,    4801 Frederica Street,
             Owensboro, KY 42301-7441
                                                                                        TOTAL: 14
```

```
District/off: 0312-3         User: admin          Page 2 of 2          Date Rcvd: Feb 16, 2018
                            Form ID: 318          Total Noticed: 44
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Deutsche Bank National Trust Company,    Robertson Anschutz & Schneid, P.L.,
               6409 Congress Ave., Suite 100,    Boca Raton,, FL  33487,    UNITED STATES 33487-2853
517003190*    +Ocwen,   PO Box 24738,   West Palm Beach, FL 33416-4738
                                                          TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2018 at the address(es) listed below:
              Anthony J. Sylvester    on behalf of Creditor    New York Community Bank asylvester@shermanwells.com
              Bunce  Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,   NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Bunce  Atkinson    bunceatkinson@aol.com,   NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, L. P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Miriam  Rosenblatt    on behalf of Creditor    Deutsche Bank National Trust Company
               bkyecf@rasflaw.com,   mrosenblatt@rasflaw.com
              Nicholas  Fitzgerald    on behalf of Debtor Thomas  Green, Jr. nickfitz.law@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                          TOTAL: 8